IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SONJA E. WHITLOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:05cv266-T |
| ) | WO |
| SOCIAL SECURITY ADMIN., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 28, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows:

1.    The plaintiff's claims against the Social Security Administration be and are hereby dismissed with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

2.    The plaintiff's claims against Janet Oliver, Lekisha Preley and counsel Tonya be and are hereby dismissed with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

3.  The Social Security Administration, Janet Oliver, Lekisha Preley and counselor Tonya be and are hereby dismissed as parties in this cause of action.

4.  This case, with respect to the plaintiff's claims against defendant Jenny Wilson, be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

DONE, this the 25th day of April, 2005.

                                                    /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE