IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SONJA E. WHITLOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:05cv266-MHT |
| ) | (WO) |
| JENNY WILSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On August 24, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 17).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge  (Doc. # 17) be and is hereby ADOPTED;

2. That the defendant's motion for summary judgment (Doc. # 14) be and is hereby GRANTED; and

3. That this case be and is hereby DISMISSED with prejudice.

DONE, this the 14th  day of September, 2006.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE